UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL B. SAUNDERS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C18-5377RSL<br><br>ORDER REMANDING MATTER TO COMMISSIONER OF SOCIAL SECURITY |

This matter comes before the Court on order and mandate of the United States Court of Appeals for the Ninth Circuit. Dkts. # 21–22. The Ninth Circuit vacated this Court's previous judgment (Dkt. # 15). This case is hereby REMANDED to the Social Security Administration for further proceedings consistent with the Supreme Court's intervening decision in <u>Carr v. Saul</u>, 141 S. Ct. 1352 (2021).

DATED this 19th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY - 1